UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------------------------------------------------------------x

STEVE MARITAS, AN INDIVIDUAL and UNITED
FEDERATION LAW ENFORCEMENT OFFICERS &
SECURITY-POLICE BENELOVENT ASSOCAITION
(UFLEOS-PBA), and unincorporated international union,

      Plaintiffs,                                                         Case No:

-against-                                                                            Hon.

                                                 Mag.

INTERNATIONAL UNIONS, SECURITY POLICE
AND FIRE PROFESSIONALS OF AMERICA
(SPFPA), AN INTERNATIONAL UNION, AND
DAVID L. HICKEY, THE INTERNATIONAL
PRESIDENT OF THE SECURITY POLICE
AND FIRE PROFESSIONALS OF AMERICA, and
DWAYNE PHILLIPS, an individual,

      Defendants.

----------------------------------------------------------------x

## PLAINTIFFS' COMPLAINT

Plaintiffs, Steve A. Maritas (hereinafter "Maritas") and UNITED FEDERATION LAW ENFORCEMENT OFFICERS & SECURITY-POLICE BENELOVENT ASSOCAITION (UFLEOS-PBA), and unincorporated international union, collectively ("Plaintiffs") through their attorneys, Nunley Wheelock, PC, submit their Complaint against Defendants International Union, Security, Police and Fire Professionals of America ("SPFPA"), David L. Hickey ("Hickey") and Dwayne Phillips ("Phillips") (hereinafter, "Defendants") as follows:

## PARTIES, JURISDICTION, AND VENUE

1.     Maritas is a New York resident and organizing director for UFLEOS-PBA.

2.      UFLEOS-PBA  is an unincorporated international union, organized and existing under the laws of the District of Columbia.

3.      SPFPA's is an unincorporated international union, organized and existing under the laws of the State of Michigan with its Headquarters located in Roseville, Michigan, and SPFPA is doing business throughout the State of Michigan.

4.      Hickey is a Michigan resident and is SPFPA's International President.

5.      Phillips is a Michigan resident and is an employee of SPFPA.

6.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) (1) because the matter in controversy exceeds $75,000, exclusive of interest and costs and is between parties/citizens of different states.

7.      Venue is proper in this Court pursuant to 28 U.S.C § 1391(b) (2) because events giving rise to the claims in this lawsuit occurred in this judicial district.

**FACTS**

8.      On or about February 7, 2013, UFLEOS-PBA's organizing director Maritas left SPFPA to seek other opportunities.

9.      Maritas founded LEOSU, on July 6, 2015 to compete with SPFPA in the organizing of police, security police, special police, protective service officers, security guards and all other security professionals nationwide.

10.     In March 1, 2021, LEOSU a separate and distinct union under LEOS-PBA through its executive board agreed to merge with several other smaller unions engaged in similar occupations and those unions formed UFLEOS-PBA.

11.     Since Maritas left SPFPA, and under his leadership, Maritas has demolished and vanquished SPFPA in nearly every election between SPFPA and Maritas.

12.     UFLEOS-PBA has continued its rout of SPFPA since the merger.

13.     Due solely to the embarrassing nature in which UFLEOS-PBA has trounced SPFPA in elections, SPFPA has and continues to through Hickey, Phillips and SPFPA to publish insulting, untrue,

misleading, and defamatory statements against the Plaintiffs.

14.     Defendants disseminate this information through multiple platforms Defendants controls and/or operates individually or through the union, including, but not limited to the following:

-   Websites operated and controlled by Defendants

    o   Spfpa.org

    o   Eyesonufleos.org

    o   Facebook- SPFPA-MSAK9

    o   http://tapme.ws/yfRTY8

    o   https://tpame.ws/4G9OGU

    o   https://tapme.ws/Vh62O2

15.     Defendants also distribute through posters, flyers, emails, direct mail and text messages sent to:  1. local union members, 2. members of other security officer, police officer, security police, special police, protective service officer, and security professional unions, 3. SPFPA members, 4. shops Maritas/UFLEOS-PBA are attempting to organize, and 5. other unrelated third parties, defamatory statements about Plaintiffs. (See **Exhibit A**-*Defamatory materials sent*)

16.     On their internet sites, Defendants have published defamatory statements against Plaintiffs, and Defendants continue to publish additional defamatory statements against Plaintiffs on a regular basis.

## COUNT 1
### (Defamation/Business Defamation/Defamation by Implication)

17.     Plaintiffs adopt all paragraphs above as if fully set forth herein.

18.     Defendants have published numerous insulting, untrue, misleading, and Defamatory Statements against Plaintiffs as identified in allegation number 14 and specifically identified below.  Generally, these statements falsely characterize Plaintiffs as, or imply that Plaintiffs are, corrupt, criminal, and otherwise unworthy of support.

19.     Defendants negligently or with actual malice published the defamatory statements

regarding Plaintiffs to current and potential local union members, and the millions of third parties who viewed Defendants' internet platforms.

20.     Defendants published the defamatory statements to third parties with knowledge of the falsity of the defamatory statements or in reckless disregard of their truth or falsity.

21.     The defamatory statements have a tendency to, and did, prejudice Plaintiffs in the conduct of its business and deter others from dealing with Plaintiffs.

22.     The defamatory statements Defendants made were not privileged.

23.     Plaintiffs have demanded, and Defendants have failed to issue, any retractions.

24.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs have suffered substantial economic injury, loss of goodwill, harm to its business reputations, loss of esteem and standing in the community, loss of business opportunities, and other damages that may arise during the course of discovery and the course of this trial.

25.     Defendants' defamatory statements are defamation per se.

26.     Specifically, Defendants alleged that Plaintiff Maritas used or would use union funds to pay for a civil judgment rendered against him personally.  (See **Exhibit A**-*Defamatory materials sent*).

27.     Defendants falsely alleged there was a decision of the defamation claims filed by Plaintiff Maritas, and Defendant, SPFPA's state court judgment against Maritas involved defamation.  (See **Exhibit A**-*Defamatory materials sent*).

28.     Defendants falsely alleged to members and potential union members on July 7, 2022 through its internet sites that UFLEOS-PBA offers: "no service, no grievance support, no representation, forced contract extensions and missed negotiations" for the sole purpose of defaming the reputation of UFLEOS-PBA.  (See **Exhibit A**-*Defamatory materials sent*).

29.     Defendants falsely alleged to members and potential union members on August 10, 2022 through its internet sites that UFLEOS-PBA faced "contempt of court, when Defendants knew that was false.  No motions were filed alleging the same and UFLEOS-PBA was not a party to the litigation in question. (See **Exhibit A**-*Defamatory materials sent*).

30.     Defendants falsely alleged to members and potential union members on August 2, 2022 and August 8, 2022 through its internet sites that UFLEOS-PBA was a "troubled union" and was "under new investigations", when Defendants knew that was false.  (See **Exhibit A**-*Defamatory materials sent*).

31.     Defendants knowingly alleged false information to members and potential union members on August 10, 2022 through its internet sites that Maritas:

• Maritas served time in a San Diego Prison and the same is false;

• Maritas owes over $100,000 in Federal taxes to the IRS and the same is false;

• Maritas has collections and/or creditors from a company called "Fox Rent-a-Car and RG Constelli and Associates which is false;

• Ordered to appear before a Federal Judge on contempt of court charges which is false;

• Maritas is a felon;

• Maritas uses union dues to benefit himself without any legal support and the same is false;

• Maritas and/or UFLEOS have used anti-union actions or illegitimate tactics and the same is false

(See **Exhibit A**-*Defamatory materials sent*).

32.     Defendants falsely alleged on August 10, 2022 through its internet sites that Maritas failed to show for a scheduled creditor's exam and may face arrest when in fact; Defendants failed to properly serve any legal process and was forced to start the process to properly conform to the laws of New York and Michigan.

33.     Defendants falsely alleged on August 13, 2022 through its internet sites that Maritas filed a false copyright claim, and SPFPA published this information to defame and falsely accuse Maritas and further sully his reputation.  (See **Exhibit A**-*Defamatory materials sent*).

34.     Defendants knowingly alleged false information to members and potential union members through a FaceBook posted on April 29, 2022 that Maritas served six (6) months in prison for felony stalking.  (See **Exhibit A**-*Defamatory materials sent*).

35.     Defendant Hickey on August 27, 2022 falsely asserted that Maritas owed $100,000

in taxes, warrants for unpaid child support and an assertion of a multi-million dollar judgment in federal court and SPFPA published this information to defame and falsely accuse Maritas and further sully his reputation. (See **Exhibit A**-*Defamatory materials sent*).

36.     Defendants on September 6, 2022 through its internet sites grotesquely allege Maritas had fled the jurisdiction after his current wife who is still grieving from the loss of her son made untrue statements which temporarily resulted in now dismissed orders, and SPFPA published this information to defame and falsely accuse Maritas and further sully his reputation. (See **Exhibit A**-*Defamatory materials sent*).

37.     That Defendants in this same September 6, 2022 post reiterated a false statement that Maritas served time in a San Diego prison and failed to pay court-ordered child support. (See **Exhibit A**-*Defamatory materials sent*).

38.     Defendants on September 10, 2022 through its internet sites grotesquely published statements from his current wife who was suffering from the recent loss of her child and attempted to payoff Maritas' wife with donated money to obtain private and confidential communications to further attempt to defame and falsely accuse Maritas. (See **Exhibit A**-*Defamatory materials sent*).

39.     Defendants on September 29, 2022 through its internet sites false information that Maritas was fired in an attempt to sully his reputation. (See **Exhibit A**-*Defamatory materials sent*).

40.     Defendants on September 29, 2022 through its internet sites false information that Maritas destroyed relevant evidence in a defamation lawsuit and that LEOSU, the union Defendant, would be responsible for any actions done by Maritas in an attempt to sully his reputation. (See **Exhibit A**-*Defamatory materials sent*).

41.     Defendants on September 29, 2022 through its internet sites false information that the "feds" will catch up to Maritas and the time is here.

42.     That the "feds" as used is nomenclature and refers to the FBI or law enforcement and no such investigation is even open and the statement was made to further sully Maritas'

reputation.  (See **Exhibit A**-*Defamatory materials sent*).

 **WHEREFORE**, Plaintiffs request that this Court enter judgment in its favor and against Defendants as follows:

A. Order Defendants to publish a retraction to each and every person to whom and in the same manner as the Defamatory Statements were published and to cease all future defamatory statements against UFLEOS-PBA and Maritas—and all its affiliated union members.

B. Award Plaintiffs damages in excess of $75,000, including compensatory damages equal to the amount of losses it has sustained and will sustain, exemplary damages, and other and further relief that the court may deem appropriate.

C. Award Plaintiffs the costs and attorney fees incurred in connection with this action.

D. Any and all other relief that this Court deems just and equitable.

## COUNT 2
### (False Light)

43. Plaintiffs adopt all paragraphs above as if fully set forth herein.

44. Defendants broadcasted and continues to broadcast the defamatory statements as stated in the allegations directly above to a large number of people and to the public in general, by posting them for all to see on the internet.

45. The defamatory statements place Plaintiffs in a light which would be highly offensive to a reasonable person because they characterize UFLEOS-PBA and/or Maritas as corrupt, criminal, and otherwise unworthy of support.

46. Defendants had knowledge of or acted in reckless disregard as to the falsity of the publications identified in the defamatory statements and the false light in which Plaintiffs would be placed.

**WHEREFORE**, Plaintiffs request that this Court grant judgment against Defendants in excess of $75,000, in whatever amount they may be found to be entitled, together with interest, costs, reasonable attorney fees, and such other relief as the Court deems just and equitable.

## COUNT 3
### (Violation of MCLA 750.539d with remedies under 750.539h)

47.     Plaintiffs adopt all paragraphs above as if fully set forth herein.

48.     On or about August 10, 2022, Defendants, during the course of a civil deposition in a private boardroom belonging to Defendants' legal counsel, took pictures of Plaintiff Maritas and his counsel.

49.     Defendants then published those photos on the internet through sites owned and/or operated by the Defendants, including but not limited to: SPFPA.org and eyesonufleos.org.

50.     Under MCLA 750.539d:  a person shall not do either of the following:

> (a)     Install, place, or use in any private place, without the consent of the person or persons entitled to privacy in that place, any device for observing, recording, transmitting, photographing, or eavesdropping upon the sounds or events in that place.
> (b)     Distribute, disseminate, or transmit for access by any other person a recording, photograph, or visual image the person knows or has reason to know was obtained in violation of this section.
> (2) This section does not prohibit security monitoring in a residence if conducted by or at the direction of the owner or principal occupant of that residence unless conducted for a lewd or lascivious purpose.
>
> (3) A person who violates or attempts to violate this section is guilty of a crime as follows:
>
> (i) Except as provided in subparagraph (ii), the person is guilty of a felony punishable by imprisonment for not more than 2 years or a fine of not more than $2,000.00, or both.

(b) For a violation or attempted violation of subsection (1)
(b), the person is guilty of a felony punishable by imprisonment
for not more than 5 years or a fine of not more than $5,000.00, or
both.

51.    Under MCLA 750.539h:  any parties to any conversation upon which eavesdropping
is practiced contrary to this act shall be entitled to the following civil remedies: (a) an injunction
by a court of record prohibiting further eavesdropping. (b) All actual damages against the person
who eavesdrops.  (c) Punitive damages as determined by the court or by a jury.

52.    The location of the photographs was clearly a private place.

53.    That Defendants had no authority or permission to take the photographs.

54.    That Defendants had no authority or permission to publish, distribute,
disseminate or transmit the photographs.

55.    Defendants had knowledge of or acted in reckless disregard as to Michigan law on
the matter and should be held accountable.

56.    Plaintiff Maritas has been damaged by the acts of Defendants and seeks damages,
including but not limited to an injunction by a court of record prohibiting further pictures,
removal and destruction of existing pictures, damages and punitive damages as allowed by
statute.

        **WHEREFORE**, Plaintiffs request that this Court grant judgment against Defendants
in excess of $75,000, in whatever amount they may be found to be entitled, together with
interest, costs, reasonable attorney fees, and such other relief as the Court deems just and
equitable.

*Respectfully submitted,*

**NUNLEY WHEELOCK, P.C.**

**/s/ Thomas M Nunley**

Dated:  October 17, 2022

Thomas M. Nunley (P56363)
Attorney for Plaintiffs
4051 Haggerty Road
West Bloomfield, Michigan 48323
(248) 366-5000
TMNunley@NunleyWheelock.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x

STEVE MARITAS, AN INDIVIDUAL and UNITED
FEDERATION LAW ENFORCEMENT OFFICERS &
SECURITY-POLICE BENELOVENT ASSOCAITION
(UFLEOS-PBA), and unincorporated international union,

     Plaintiffs,                            Case No:

-against-                                 Hon.

                                                 Mag.

INTERNATIONAL UNIONS, SECURITY POLICE
AND FIRE PROFESSIONALS OF AMERICA
(SPFPA), AN INTERNATIONAL UNION, AND
DAVID L. HICKEY, THE INTERNATIONAL
PRESIDENT OF THE SECURITY POLICE
AND FIRE PROFESSIONALS OF AMERICA, and
DWAYNE PHILLIPS, an individual,

     Defendants.

---------------------------------------------------------------x

## **RELIANCE ON JURY DEMAND**

     Plaintiffs hereby give notice that they request a trial by jury demand as to all claims filed by the Plaintiffs in the above-captioned case.

                                    *Respectfully submitted,*

                                    **NUNLEY WHEELOCK, P.C.**

                                    **/s/ Thomas M Nunley**

Dated:  October 17, 2022

                                    Thomas M. Nunley (P56363)
                                    **NUNLEY WHEELOCK, P.C.**
                                    Attorney for Plaintiffs
                                    4051 Haggerty Road
                                    West Bloomfield, Michigan 48323
                                    (248) 366-5000
                                    TMNunley@NunleyWheelock.com

# EXHIBIT A

# EYES ON THE UNITED FEDERATION LAW ENFORCEMENT OFFICERS SECURITY (UFLEOS)

# MARITAS SHOWS SIGNS OF WORRY WHILE ANSWERING QUESTIONS CONCERNING HIS FEDERAL TRIAL IN NOVEMBER.

# IS THIS THE LOOK OF A PROFESSIONAL UNION
# REPRESENTATIVE? YOU DECIDE....



## UFLEOS/MARITAS FACES CONTEMPT OF COURT

The UFLEOS and its self-appointed Rep. Maritas are currently fighting off multiple security units seeking to stop dues or decert and leave the crumbling small organization.

In 2021, Maritas lost a Michigan State lawsuit filed by SPFPA.  The jury awarded SPFPA the full amount requested, a devastating $500,241.40, which increases with interest every month he delays payment. In November, Maritas also faces a Federal Court Defamation Trial, where he and his union can suffer an even higher award to SPFPA.

Sources inside the failed UFLEOS have advised SPFPA that Maritas is looking to once again avoid paying his obligations by moving to the state of Pennsylvania. SPFPA will continue to use <u>every</u> option to enforce Maritas to pay the jury judgments he owes our SPFPA members and their families.

Maritas is no stranger to garnishment, collections and incarceration. In the past, he served time in a San Diego prison. He owes over $100,000 in Federal taxes to the IRS, and according to information acquired from NY attorney Lally, he is currently being garnished by the State of New York. Not to mention the creditor/collections still being sent to the International from Fox Rent-a-Car damage recovery unit and RG Constelli and Associates who assisted Maritas with his tax issues in Michigan and were never paid.

On Wednesday, August 10, 2022, Maritas has been ordered to appear before a Federal judge to explain why he shouldn't be held in contempt of court for failing to comply to the Order of the Court for the garnishment disclosure investigation

against him. This investigation will open the books and answer pertinent financial questions for his members, the DOL and IRS.

On August 5, 2022, the SPFPA International Executive Board voted unanimously to maintain its current actions to eliminate the cancer of UFLEOS and its self-appointed leader Maritas. The motion was made by VP Rick O'Quinn, seconded by VP Joe McCray and unanimously adopted by the entire International Executive Board. The Board with the approval of the International Trustees voted to continue the use of SPFPA's full resources without limitation, and authorized and directed International President David L. Hickey to continue to manage the campaign and accomplish the purpose of the Resolution. Read full Resolution below.

**The SPFPA International Executive Board Official Response**

INTERNATIONAL UNION, SECURITY, POLICE AND FIRE
PROFESSIONALS OF AMERICA (SPFPA)

BEFORE THE INTERNATIONAL EXECUTIVE BOARD

## RESOLUTION
(Continued Challenge to UFLEOS)

WHEREAS: on March 5, 2019, the International Executive Board adopted a Resolution to take certain actions to eliminate the cancer of the UFLEOS and its self-appointed leader Steve Maritas by all lawful and appropriate means, attached, and

WHEREAS in the ensuing months and years the SPFPA's campaign against UFLEOS and its so-called leader Maritas has been successful, including the obtaining of a jury judgment against Maritas for more than $500,000, presently being collected, and the beating back of pathetic attempted raids from the UFLEOS, and

WHEREAS Maritas has continued to demonstrate time and again his lack of devotion to security officers generally and the labor movement as a whole as well as his illegitimate self-interested efforts to use the members dues to benefit himself personally, and

WHEREAS as a result of the SPFPA's actions the UFLEOS and Maritas have been severely weakened and are bleeding units and members to the SPFPA, but although diminished, the threat to our democratic union and our proud members has not yet been extinguished,

WHEREAS the International Union rededicates itself to benefit its members and the labor movement as a whole in its continued efforts against the anti-union actions of the UFLEOS and Maritas.

NOW THEREFORE BE IT RESOLVED:

1. That the International Union will continue its increased litigation, public relations and communications to combat and eliminate the illegitimate tactics of Steve Maritas, his UFLEOS, and other current or future organizations, if any, formed by him.

2. That appropriate complaints regarding Maritas' conduct will continue to be made and repeated before the Department of Labor, National Labor Relations Board and other appropriate federal and state agencies.

3. To support the campaign set forth above, the Board unanimously, with approval of the International Trustees, vote to continue to use the SPFPA's full resources without limitation including its attorneys and other professionals to fight the scourge of the UFLEOS and Maritas by all lawful and appropriate means.

4. International President David L. Hickey is authorized and directed to use the above resources to manage the campaign to accomplish the purpose of this Resolution.

## Certification

The foregoing Resolution was adopted unanimously by the International Executive Board at a duly called meeting held at International Headquarters on August 5, 2022.

DONALD EAGLE
International Secretary/Treasurer

Dated: August 5, 2022

2

# MARITAS FACES CONTEMPT CHARGE.... ORDERED TO ATTEND SHOW CAUSE HEARING ON WEDNESDAY, AUGUST 10, 2022

| Approved, SCAO | Original - Court<br>1st copy - Subject | 2nd copy - Return<br>Additional copies as needed<br>PROBATE JIS CODE: MOT, OSC |
|---|---|---|

| STATE OF MICHIGAN<br>6th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | MOTION AND ORDER TO<br>SHOW CAUSE | CASE NO.<br>19-173125-CB |
|---|---|---|

Court address                                                                                    Court telephone no.
1200 N Telegraph Road, Dept 404, Pontiac, MI 48341                                          (248) 858-0344

| Plaintiff(s)/Petitioner(s)<br>International Union, Security, Police & Fire Pro of America | v | Defendant(s)/Respondent(s)/Probationer<br>Steven Maritas |
|---|---|---|

☐ Probate   ☐ Juvenile      In the matter of _____

### MOTION AND AFFIDAVIT

1. I am interested in this matter as attorney for Plaintiff _____

2. Steven Maritas _____ has not complied with an order dated _____
   Name (type or print)
   by failing to: State with particularity admissible facts establishing this motion. Appear at Creditor's Exam on June 29, 2022.
   Please see attached Affidavit of Court Reporter and Certified Copy of Videotaped Deposition.

3. I request an order directing Steven Maritas _____ to show cause why:

Name (type or print)

☑a. he/she should not be found in ☑ civil ☐ criminal    contempt of court.
☐b. judgment should not be entered against him/her (as surety/agent) for the full amount of recognizance.
☐c. judgment should not be entered against him/her for failure to file a garnishee disclosure.
4. This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this motion and affidavit.

Signature

Subscribed and sworn to before me on  07/22/2022 _____ Oakland _____ County, Michigan.
                                          Date

My commission expires: 02/08/2025 _____ Signature: _____
                         Date

Notary public, State of Michigan, County of  Macomb, acting in Oakland County, MI _____

AMANDA DOVE
Notary Public - State of Michigan
County of Macomb
My Commission Expires Feb 8, 2025
Acting in the County of Oakland

**ORDER**

TO:    Steven Maritas
       6 Mark Street
       Port Jefferson Station, NY 11776

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**IT IS ORDERED:**
5. You are ordered to appear before this court on  08/10/2022 _____ at  8:30am ___.
                                                   Date                        Time
   ☐ the court address above
   at ☐ courtroom number_____
      ☑ via Zoom, Zoom id: 248-858-5282 _____

to show cause why
   ☑ you should not be held in  ☑ civil ☐ criminal    contempt for failure to comply with the order of this court
   ☐ a judgment should not be entered against you
   ☐ your case should not be dismissed
   ☐ other:_____
for the reasons stated in the motion.
6. Failure to appear for a contempt hearing may result in a bench warrant being issued for your arrest.
7. A copy of this must be served  ☐ personally ☐ by mail  on the person ordered to appear at least _____ days before the hearing.

7/22/2022                          July 22, 2022
_____           /s/ Victoria A. Valentine
Date                              Judge

**MC 230** (3/09) **MOTION AND ORDER TO SHOW CAUSE**              MCR 2.108(D), MCR 3.606(A), MCR 5.108

# UFLEOS IS SET TO LOSE 150 MORE MEMBERS!



The writing is on the wall. On Monday, August 15th, 150 Chenega Officers will vote to leave Maritas' trouble union. This group joins the 40 Officers at Federal Law Enforcement Training Center (FLETC), The 70 Police Officers at Georgetown University, The 112 Officers at the Gaylord Resort and Convention Center, The 20 Officers at the National Protection and Programs Directorate (NPPD), and the 20 Officers at the Federal Trade Commission Facility in DC.

- 400 Hundred Officers at the National Institute of Health (NIH) said NO to Maritas!
- Over five hundred MSA K-9 Handlers from around the country REJECTED a Maritas-created union.

All this happened within the last 18 months, and this doesn't even include the three units in Los Angeles (300 + Officers), New York (300 Officers), and Washington, DC (60 Officers) that are voting to stop paying dues to Maritas. That's a total of 1,862 Officers who want nothing to do with Maritas and his unions. For the record, that is over half of the members Maritas claims to represent. Also, Maritas is over four months late in filing a current LM report with the DOL, the numbers will speak for themselves. Keep scrolling for more information of how Maritas' unions are crumbling.

# UFLEOS/MARITAS PROBLEMS CONTINUE TO GROW!

## (Troubled Union Under New Investigation)



# Maritas' virtual background and a pair of glasses can't change an already tarnished image

## UFLEOS ATTORNEY JOHN AXELROD (BEINS, AXELROD & KEATING) WASHINGTON D.C. ADMITS UFLEOS EXECUTIVE DIRECTOR, MARITAS SIGNED A "FLAWED AGREEMENT" WITHOUT PROOF READING IT (SEE OFFICIAL DOCUMENT BELOW)

Excalibur representatives met with LEOSU Executive Director Steve Maritas to discuss the transition. Excalibur orally agreed to assume the LEOSU-Whitestone agreement. Excalibur President Ed McDonald then instructed his staff to send an adoption agreement to Mr. Maritas for signature. Unfortunately, the written agreement submitted by Excalibur and signed by both Mr. Maritas and Excalibur was flawed. Both parties signed the agreement without proofreading it.

CLICK HERE TO VIEW THE ENTIRE OFFICIAL DOCUMENT

# MARITAS FAILS THE EXCALIBUR OFFICERS AT THE NIST!



In a remarkable admission, the United Federation LEOS-PBA argued to the NLRB that a collective bargaining agreement Steve Maritas signed for the



**LEOSU should be ignored because Maritas did not read it before he signed it! In a filing with NLRB Region 27 earlier this week, the LEOSU's attorney stated officially on the record that the "flawed" agreement should be ignored because it is full of "mistakes" caused because Maritas "signed the agreement without proofreading it." Are you kidding?**

**Apparently Maritas was too busy partying to bother reading this contract he signed that controls the rights of LEOSU members for years. No wonder why LEOSU members are fleeing Maritas at record rates.**

Home · eyes on fleos



**Before you choose a Maritas union, or if you're looking to leave his unions, contact (800)228-7492, or visit spfpa.org.**

# HERE ARE A FEW MORE REASONS YOU SHOULD NOT JOIN UNITED FEDERATION LEOS (UFLEOS)

Officers Speak Out!



**"Quotes" from past and present UFLEOS**

8/10/22, 11:17 AM
Case 2:22-cv-12501-DPH-JJCG   ECF No. 1   PageID.28   Filed 10/18/22   Page 28 of 132
Something about Eyes on FLEOS

# members about Steve Maritas

**"When we have grievances, we don't hear from him, we fight our own fight."**

**"He said he was going to call… but he never called."**

**"I know a slick talker when I see one or hear one, and this guy talks the talk."**

**"A date was set for negotiations, but he never showed up for that date."**

**"You will be left for dead by Steve… that's been our experience with Steve."**

**"Any other Security Union is better than Maritas' Union!"**

**"Don't make the same mistake we made, don't vote for UFLEOS and Maritas."**

# MSA K-9 HANDLERS ARE DEMANDING THE TRUTH!





**OFFICIAL DOCUMENTS**

**REVEAL, and MSA K-9**

Eyes on FLEOS



Handlers have learned that Maritas signed off on an unfair settlement that paid his union and his attorney tens of thousands of dollars.

MSA K-9 Handlers from around the country, are filing complaints with the Department of Labor (DOL) and the National Labor Relations Board (NLRB) demanding a full investigation into Maritas, his troubled unions and transparency into the settlement Maritas agreed

to... MSA K-9 Handlers speak out!

# "WE WANT THE TRUTH... THE WHOLE TRUTH!"





# MSA K-9 TEAMS FROM AROUND THE COUNTRY OVERWHELMINGLY REJECTED THE MARITAS CREATED MSA K-9 HANDLERS UNION, WHO ONLY RECEIVED A TOTAL OF 38 VOTES IN 5 ELECTIONS!

8/10/22, 11:17 AM
Case 2:22-cv-12501-DPH-JJCG   ECF No. 1   PageID.33   Filed 10/18/22   Page 33 of 132
Home Page | Eyes on the LEOS

# TROUBLE CONTINUES TO MOUNT FOR MARITAS AND HIS UNIONS.

## COUNTY OF SUFFOLK

OFFICE OF THE SHERIFF
CIVIL ENFORCEMENT SECTION

ERROL D. TOULON, Jr., Ed.D.
SHERIFF

Davitz Law Offices
336 East Fourth Street Suite 200
Royal Oak, MI 48067

FILE #: 3-2204355
International Union Security Police & Fire Professionals of America ("SPFPA")
vs.
Steven Martin

The documents sent to this department for service are being returned herewith for the following reason:

☑ Service has been affected – enclosed is an Affidavit/Certificate of Service

___ Service has not been affected – enclosed is an Affidavit/Certificate of Non Service

___ Documents are being returned at your request.

___ Please have papers re-dated allowing 6-8 weeks for service.

___ Subject to be served has moved – unable to make service.

___ Subject to be served has moved – New address is: _____

___ Subject to be served was unknown at the address given.

___ Place of business is no longer at given address.

___ Unable to locate address as given.

___ Suggest serve Secretary of State.

___ Corporate officers are not available for service at this location.

___ Unable to locate the subject to be served.

___ Closed no response to our correspondence dated _____

___ Other: _____

Other attempts to serve defendant:

360 YAPHANK AVE., STE. 1A
YAPHANK, NY 11980

ACCREDITED LAW ENFORCEMENT AGENCY
(631) 852-3600

VISIT US ONLINE AT
SUFFOLKSHERIFF.COM

---

State of Michigan Court                          Sheriff File Number – 2204355

Index Number – 19-173125-CB

County of State of Michigan

| International Union Security Police & Fire Professionals of America ("SPFPA") | Affidavit of Service |
| vs. | Service of Process |
| Steven Martin | |

State of New York - County of Suffolk SS:

I, Deputy Sheriff Annie Radecher , Badge # 473 of the Suffolk County Sheriff's Office, being duly sworn, depose and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 6/13/2022 at 8:00 PM, at 4 Mark Street Port Jeff Sta, NY 11776  deponent served the within  Subpoena (Order to Appear and/or Produce), Exhibit A and more Instruction on Steven Martin, the defendant named therein, in the following manner.

**PERSONAL SERVICE**

By delivering to and leaving with Steven Martin personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

**NON-MILITARY**

At the time of service Steven Martin was asked if he was in the Military Service of the U.S. Government and Steven Martin replied no.

**DESCRIPTION**

The person served was approximately: Skin Color: White,  Hair Color: Bald/Balding,  Gender: Male  Height: 5' 8"  Weight: 2200  Age: -

**SERVICE ATTEMPTS**

06/14/22-TUES-1839- at given address, s/w a gentleman whom that claimed to not be the deft. and the Mercedes in the driveway with Michigan plates wasn't his. However after further conversation, he revealed himself to me; asking what the service was for, I said not sure, a summons, "oh that's a $200,000 judgment I don't want to deal with". I asked him again if he was Steven, and he laughed said I'd rather not say. He proceeded to tell me that the Mercedes in the driveway was his that he was in the divorce and that he ran Brownsfield Funds all over the country. I asked if he was ever in the military, he said –NO. I said well since you won't take this from me, I'm going to leave it here, and dropped it at his feet touching him.

Sworn to before me on  6/15/22

Notary Public  _____
LESLIE ANNE AGATE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AG6411325
Qualified in Suffolk County
My Commission Expires 11-08-2024

_____  Annie Radecher  473
Deputy Sheriff  Badge Number

Leslie Anne Agate



**DESCRIPTION**

The person served was approximately: Skin Color: White, Hair Color: Bald/Balding, Gender: Male Height: 5' 8" Weight: 2200 Age:

SERVICE ATTEMPTS

06/14/22-TUES -1800- at given address, s/w a gentleman whom that claimed to not be the deft. and the Mercedes in the driveway with Michigan plates wasn't his. However, after further conversation, he revealed himself to me; asking what the service was for, I said not sure, a summons, "oh that's a $500,000 judgment I don't want to deal with". I asked him again if he was Steven, and he laughed said I'd rather not say. He proceeded to tell me that the Mercedes in the driveway was his that he won in the divorce and that he ran Benevolent Funds all over the country. I asked if he was ever in the military, he said "NO. I said well since you won't take this from me, I'm going to leave it here, and dropped it at his feet touching him.



# MARITAS UNDER PRESSURE!

Federation LEOS Organizer/Director Steve Maritas was subpoenaed last week for a creditor exam after failing to pay over $500,000 a Michigan jury awarded SPFPA for Breach of Contract. Maritas attempted to avoid the subpoena by lying about his identity, but was served at his home. Maritas failed to show to the scheduled creditor exam and may ultimately face arrest. We will keep Federation LEOS members updated as

future facts become

available.

# A JURY VERDICT
# STATES MARITAS MUST PAY
# $500,241.40

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND
BUSINESS COURT

INTERNATIONAL UNION, SECURITY, POLICE
& FIRE PROFESSIONALS OF AMERICA (SPFPA),

    Plaintiff,

v.                                                          Case No. 19-173125-CB

                                      Hon. Martha D. Anderson

STEVEN ANGELO MARITAS,

    Defendant.
_____/

**JUDGMENT**

    This matter, having come before the Court and the Jury relative to the issue of damages (only) having been tried on November 22, 2021 and November 23, 2021, and the Jury having rendered its Verdict on November 23, 2021, Judgment is hereby entered as follows:

    **IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff International Union, Security, Police & Fire Professionals of America (SPFPA) and against Defendant Steven Angelo Maritas in the amount of $500,241.40 as follows:

- Breach of contract damages: $73,728.00
- Attorney fees: $391,204.50
- Costs: $23,584.49
- Prejudgment interest: $11,724.41

    **IT IS SO ORDERED.**

    **This Order resolves the last pending claim and closes the case.**

                           /s/ Martha Anderson
                           November 24, 2021
                           HON. MARTHA D. ANDERSON
                           CIRCUIT COURT JUDGE

Dated:  11/24/2021

---

On November 23, 2021, an Oakland County Circuit Court jury awarded SPFPA $500,241.40 from LEOSU Representative Steve Maritas. The SPFPA sued Maritas after he failed to honor three separate written agreements with respect to his improper use of SPFPA property following his discharge from employment.

The Court ruled Maritas violated his contractual obligations and the jury award the SPFPA the full amount of damages proved at trial. A Federal jury trial against Maritas/LEOSU on his defaming the SPFPA and its President David L. Hickey is anticipated to go to trial later this year. An even larger damages amount against Maritas and

**his Union is expected from the that jury.**

# IF YOU'RE STUCK IN A MARITAS UNION AND YOU WANT OUT?

## *WE CAN HELP! CALL THE SPFPA AT 800-228-7492*

# EYES ON THE UNITED FEDERATION LAW ENFORCEMENT OFFICERS SECURITY (UFLEOS)

# MARITAS SHOWS SIGNS OF WORRY WHILE ANSWERING QUESTIONS CONCERNING HIS FEDERAL TRIAL IN NOVEMBER.

# IS THIS THE LOOK OF A PROFESSIONAL UNION REPRESENTATIVE? YOU DECIDE....



## UFLEOS/MARITAS FACES CONTEMPT OF COURT

The UFLEOS and its self-appointed Rep. Maritas are currently fighting off multiple security units seeking to stop dues or decert and leave the crumbling small organization.

In 2021, Maritas lost a Michigan State lawsuit filed by SPFPA.  The jury awarded SPFPA the full amount requested, a devastating $500,241.40, which increases with interest every month he delays payment. In November, Maritas also faces a Federal Court Defamation Trial, where he and his union can suffer an even higher award to SPFPA.

Sources inside the failed UFLEOS have advised SPFPA that Maritas is looking to once again avoid paying his obligations by moving to the state of Pennsylvania. SPFPA will continue to use <u>every</u> option to enforce Maritas to pay the jury judgments he owes our SPFPA members and their families.

Maritas is no stranger to garnishment, collections and incarceration. In the past, he served time in a San Diego prison. He owes over $100,000 in Federal taxes to the IRS, and according to information acquired from NY attorney Lally, he is currently being garnished by the State of New York. Not to mention the creditor/collections still being sent to the International from Fox Rent-a-Car damage recovery unit and RG Constelli and Associates who assisted Maritas with his tax issues in Michigan and were never paid.

On Wednesday, August 10, 2022, Maritas has been ordered to appear before a Federal Judge to explain why he shouldn't be held in contempt of court for failing to comply to the Order of the Court for the garnishment disclosure investigation

Case 2:22-cv-12501-DPH-JJCG   ECF No. 1   PageID.44   Filed 10/18/22   Page 44 of 132

against him. This investigation will open the books and answer pertinent financial questions for his members, the DOL and IRS.

On August 5, 2022, the SPFPA International Executive Board voted unanimously to maintain its current actions to eliminate the cancer of UFLEOS and its self-appointed leader Maritas. The motion was made by VP Rick O'Quinn, seconded by VP Joe McCray and unanimously adopted by the entire International Executive Board. The Board with the approval of the International Trustees voted to continue the use of SPFPA's full resources without limitation, and authorized and directed International President David L. Hickey to continue to manage the campaign and accomplish the purpose of the Resolution.  Read full Resolution below.

**The SPFPA International Executive Board Official Response**

INTERNATIONAL UNION, SECURITY, POLICE AND FIRE
PROFESSIONALS OF AMERICA (SPFPA)

BEFORE THE INTERNATIONAL EXECUTIVE BOARD

### RESOLUTION
### (Continued Challenge to UFLEOS)

WHEREAS : on March 5, 2019, the International Executive Board adopted a Resolution to take certain actions to eliminate the cancer of the UFLEOS and its self-appointed leader Steve Maritas by all lawful and appropriate means, attached, and

WHEREAS in the ensuing months and years the SPFPA's campaign against UFLEOS and its so-called leader Maritas has been successful, including the obtaining of a jury judgment against Maritas for more than $500,000, presently being collected, and the beating back of pathetic attempted raids from the UFLEOS, and

WHEREAS Maritas has continued to demonstrate time and again his lack of devotion to security officers generally and the labor movement as a whole as well as his illegitimate self-interested efforts to use the members dues to benefit himself personally, and

WHEREAS as a result of the SPFPA's actions the UFLEOS and Maritas have been severely weakened and are bleeding units and members to the SPFPA, but although diminished, the threat to our democratic union and our proud members has not yet been extinguished,

WHEREAS the International Union rededicates itself to benefit its members and the labor movement as a whole in its continued efforts against the anti-union actions of the UFLEOS and Maritas.

NOW THEREFORE BE IT RESOLVED:

1. That the International Union will continue its increased litigation, public relations and communications to combat and eliminate the illegitimate tactics of Steve Maritas, his UFLEOS, and other current or future organizations, if any, formed by him.

2. That appropriate complaints regarding Maritas' conduct will continue to be made and repeated before the Department of Labor, National Labor Relations Board and other appropriate federal and state agencies.

3. To support the campaign set forth above, the Board unanimously, with approval of the International Trustees, vote to continue to use the SPFPA'S full resources without limitation including its attorneys and other professionals to fight the scourge of the UFLEOS and Maritas by all lawful and appropriate means.

4. International President David L. Hickey is authorized and directed to use the above resources to manage the campaign to accomplish the purpose of this Resolution.

### Certification

The foregoing Resolution was adopted unanimously by the International Executive Board at a duly called meeting held at International Headquarters on August 5, 2022.

DONALD EAGLE
International Secretary/Treasurer

Dated: August 5, 2022

# MARITAS FACES CONTEMPT CHARGE.... ORDERED TO ATTEND SHOW CAUSE HEARING ON WEDNESDAY, AUGUST 10, 2022

| Approved, SCAO | Original - Court<br>1st copy - Subject | | 2nd copy - Return<br>Additional copies as needed<br>PROBATE JIS CODE: MOT, OSC |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>6th　JUDICIAL CIRCUIT<br>COUNTY PROBATE | **MOTION AND ORDER TO SHOW CAUSE** | | **CASE NO.**<br>19-173125-CB |

| Court address | Court telephone no. |
|---|---|
| 1200 N Telegraph Road, Dept 404, Pontiac, MI 48341 | (248) 858-0344 |

| Plaintiff(s)/Petitioner(s) | | Defendant(s)/Respondent(s)/Probationer |
|---|---|---|
| International Union, Security, Police & Fire Pro of America | v | Steven Maritas |

☐ Probate　　☐ Juvenile　　In the matter of _____

### MOTION AND AFFIDAVIT

1. I am interested in this matter as  attorney for Plaintiff _____

2.  Steven Maritas _____  has not complied with an order dated _____
   Name (type or print)

   by failing to:  State with particularity admissible facts establishing this motion. Appear at Creditor's Exam on June 29, 2022.
   Please see attached Affidavit of Court Reporter and Certified Copy of Videotaped Deposition.

3. I request an order directing  Steven Maritas _____  to show cause why:

Name (type or print)

☑a. he/she should not be found in ☑ civil   ☐ criminal   contempt of court.
☐b. judgment should not be entered against him/her (as surety/agent) for the full amount of recognizance.
☐c. judgment should not be entered against him/her for failure to file a garnishee disclosure.
4. This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this motion and affidavit.

Signature

Subscribed and sworn to before me on  07/22/2022         Oakland          County, Michigan.
                      Date

My commission expires:  02/08/2025        Signature:
                  Date

Notary public, State of Michigan, County of  Macomb, acting in Oakland County, MI

AMANDA DOVE
Notary Public - State of Michigan
County of Macomb
My Commission Expires Feb 8, 2025
Acting in the County of Oakland

## ORDER

TO:    Steven Maritas
      6 Mark Street
      Port Jefferson Station, NY 11776

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**IT IS ORDERED:**
5. You are ordered to appear before this court on  08/10/2022          at  8:30am .
                                    Date                             Time
     ☐ the court address above
     at ☐ courtroom number
     ☑ via Zoom, Zoom id: 248-858-5282

to show cause why
     ☑ you should not be held in  ☑ civil  ☐ criminal    contempt for failure to comply with the order of this court
     ☐ a judgment should not be entered against you
     ☐ your case should not be dismissed
     ☐ other:
     for the reasons stated in the motion.
6. Failure to appear for a contempt hearing may result in a bench warrant being issued for your arrest.
7. A copy of this must be served  ☐ personally  ☐ by mail    on the person ordered to appear at least         days before the hearing.

7/22/2022                    July 22, 2022
                           /s/ Victoria A. Valentine
Date                           Judge                                 Bar no.

MC 230  (3/09)  **MOTION AND ORDER TO SHOW CAUSE**              MCR 2.108(D), MCR 3.606(A), MCR 5.108

# UFLEOS IS SET TO LOSE 150 MORE MEMBERS!



The writing is on the wall. On Monday, August 15th, 150 Chenega Officers will vote to leave Maritas' trouble union. This group joins the 40 Officers at Federal Law Enforcement Training Center (FLETC), The 70 Police Officers at Georgetown University, The 112 Officers at the Gaylord Resort and Convention Center, The 20 Officers at the National Protection and Programs Directorate (NPPD), and the 20 Officers at the Federal Trade Commission Facility in DC.

- 400 Hundred Officers at the National Institute of Health (NIH) said NO to Maritas!
- Over five hundred MSA K-9 Handlers from around the country REJECTED a Maritas-created union.

All this happened within the last 18 months, and this doesn't even include the three units in Los Angeles (300 + Officers), New York (300 Officers), and Washington, DC (60 Officers) that are voting to stop paying dues to Maritas. That's a total of 1,862 Officers who want nothing to do with Maritas and his unions. For the record, that is over half of the members Maritas claims to represent. Also, Maritas is over four months late in filing a current LM report with the DOL, the numbers will speak for themselves. Keep scrolling for more information of how Maritas' unions are crumbling.

# UFLEOS/MARITAS PROBLEMS CONTINUE TO GROW!

# (Troubled Union Under New Investigation)



# Maritas' virtual background and a pair of glasses can't change an already tarnished image

## UFLEOS ATTORNEY JOHN AXELROD (BEINS, AXELROD & KEATING) WASHINGTON D.C. ADMITS UFLEOS EXECUTIVE DIRECTOR, MARITAS SIGNED A "FLAWED AGREEMENT" WITHOUT PROOF READING IT (SEE OFFICIAL DOCUMENT BELOW)

8/13/22, 12:36 PM

Excalibur representatives met with LEOSU Executive Director Steve Maritas to discuss the transition. Excalibur orally agreed to assume the LEOSU-Whitestone agreement. Excalibur President Ed McDonald then instructed his staff to send an adoption agreement to Mr. Maritas for signature. Unfortunately, the written agreement submitted by Excalibur and signed by both Mr. Maritas and Excalibur was flawed. Both parties signed the agreement without proofreading it.

CLICK HERE TO VIEW THE ENTIRE OFFICIAL DOCUMENT

# MARITAS FAILS THE EXCALIBUR OFFICERS AT THE NIST!



In a remarkable admission, the United Federation LEOS-PBA argued to the NLRB that a collective bargaining agreement Steve Maritas signed for the



LEOSU should be ignored because Maritas did not read it before he signed it!  In a filing with NLRB Region 27 earlier this week, the LEOSU's attorney stated officially on the record that the "flawed" agreement should be ignored because it is full of "mistakes" caused because Maritas "signed the agreement without proofreading it." Are you kidding?

Apparently Maritas was too busy partying to bother reading this contract he signed that controls the rights of LEOSU members for years. No wonder why LEOSU members are fleeing Maritas at record rates.



Before you choose a Maritas union, or if you're looking to leave his unions, contact (800)228-7492, or visit spfpa.org.

# HERE ARE A FEW MORE REASONS YOU SHOULD NOT JOIN UNITED FEDERATION LEOS (UFLEOS)

Officers Speak Out!



"Quotes" from past and present UFLEOS

# members about Steve Maritas

**"When we have grievances, we don't hear from him, we fight our own fight."**

**"He said he was going to call... but he never called."**

**"I know a slick talker when I see one or hear one, and this guy talks the talk."**

**"A date was set for negotiations, but he never showed up for that date."**

**"You will be left for dead by Steve... that's been our experience with Steve."**

**"Any other Security Union is better than Maritas' Union!"**

**"Don't make the same mistake we made, don't vote for UFLEOS and Maritas."**

Eyes on FLEOS

# MSA K-9 HANDLERS ARE DEMANDING THE TRUTH!





## OFFICIAL DOCUMENTS

## REVEAL, and MSA K-9



Handlers have learned that Maritas signed off on an unfair settlement that paid his union and his attorney tens of thousands of dollars.

MSA K-9 Handlers from around the country, are filing complaints with the Department of Labor (DOL) and the National Labor Relations Board (NLRB) demanding a full investigation into Maritas, his troubled unions and transparency into the settlement Maritas agreed

to... MSA K-9 Handlers speak out!

# "WE WANT THE TRUTH... THE WHOLE TRUTH!"





# MSA K-9 TEAMS FROM AROUND THE COUNTRY OVERWHELMINGLY REJECTED THE MARITAS CREATED MSA K-9 HANDLERS UNION, WHO ONLY RECEIVED A TOTAL OF 38 VOTES IN 5 ELECTIONS!

# TROUBLE CONTINUES TO MOUNT FOR MARITAS AND HIS UNIONS.

**COUNTY OF SUFFOLK**

OFFICE OF THE SHERIFF
CIVIL ENFORCEMENT SECTION

ERROL D. TOULON, Jr., Ed.D.
SHERIFF

Davita Law Offices
326 East Fourth Street Suite 200
Royal Oak, MI 48067

FILE # :   3-32004303
International Union Security Police & Fire Professionals of America ("SPFPA")
vs.
Steven Marttas

The documents sent to this department for service are being returned herewith for the following reason:

☑ Service has been effected – enclosed is an Affidavit/Certificate of Service

___ Service has not been effected – enclosed is an Affidavit/Certificate of Non Service.

___ Documents are being returned at your request.

___ Please have papers re-dated allowing 6-8 weeks for service.

___ Subject to be served has moved – unable to make service.

___ Subject to be served has moved – New address is: _____

___ Subject to be served was unknown at the address given.

___ Place of business is no longer at given address.

___ Unable to locate address as given.

___ Suggest serve Secretary of State.

___ Corporate officers are not available for service at this location.

___ Unable to locate the subject to be served.

___ Closed no response to our correspondence dated _____

___ Other: _____

Other attempts to serve defendant:

360 YAPHANK AVE., STE. 1A
YAPHANK, NY 11980

ACCREDITED LAW ENFORCEMENT AGENCY
(631) 852-3800

VISIT US ONLINE AT
SUFFOLKSHERIFF.COM

---

State of Michigan Court                                      Sheriff File Number – 32004303

Index Number – 19-172125-CB

County of State of Michigan

International Union Security Police & Fire Professionals of America ("SPFPA")

vs.

Steven Marttas

**Affidavit of Service**

Service of Process

State of New York – County of Suffolk SS:

I, Deputy Sheriff Annie Budecker, Badge # 473 of the Suffolk County Sheriff's Office, being duly sworn, depose and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 8/15/2022 at 6:00 PM, at 6 Mark Street Port Jeff Sta, NY 11776 deponent served the within Subpoena (Order to Appear and/or Produce), Exhibit A and more Instruction on Steven Marttas, the defendant named therein, in the following manner:

**PERSONAL SERVICE**

By delivering to and leaving with Steven Marttas personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

**NON-MILITARY**

At the time of service Steven Marttas was asked if he was in the Military Service of the U.S. Government and Steven Marttas replied no.

**DESCRIPTION**

The person served was approximately: Skin Color: White, Hair Color: Bald/Balding, Gender: Male Height: 5' 8" Weight: 2200 Age: -

**SERVICE ATTEMPTS**

08/15/22-TUES-1839- at given address, s/w a gentleman whom that claimed to not be the deft. and the Mercedes in the driveway with Michigan plates wasn't his. However after further conversation, he revealed himself to me; asking what the service was for, I said not sure, a summons, "oh that's a $200,000 judgment I don't want to deal with". I asked him again if he was Steven, and he laughed said I'd rather not say. He proceeded to tell me that the Mercedes in the driveway was his that he was in the divorce and that he ran Benewolett Funds all over the county, I asked if he was ever in the military, he said –NO. I said well since you won't take this from me, I'm going to leave it here, and dropped it at his feet touching him.

Sworn to before me on    6/15/22

Notary Public

LESLIE ANNE AGATE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AG6411225
Qualified in Suffolk County
My Commission Expires 11-08-2024

Leslie Anne Agate

Annie Budecker                    473
Deputy Sheriff                    Badge Number

---



**DESCRIPTION**

The person served was approximately: Skin Color: White, Hair Color: Bald/Balding, Gender: Male Height: 5' 8" Weight: 2200 Age:

SERVICE ATTEMPTS

06/14/22-TUES -1800- at given address, s/w a gentleman whom that claimed to not be the deft. and the Mercedes in the driveway with Michigan plates wasn't his. However, after further conversation, he revealed himself to me; asking what the service was for, I said not sure, a summons, "oh that's a $500,000 judgment I don't want to deal with". I asked him again if he was Steven, and he laughed said I'd rather not say. He proceeded to tell me that the Mercedes in the driveway was his that he won in the divorce and that he ran Benevolent Funds all over the country. I asked if he was ever in the military, he said "NO. I said well since you won't take this from me, I'm going to leave it here, and dropped it at his feet touching him.

Case 2:22-cv-12501-DPH-JJCG ECF No. 1, PageID.64 Filed 10/18/22 Page 64 of 132



# MARITAS UNDER PRESSURE!

Federation LEOS Organizer/Director Steve Maritas was subpoenaed last week for a creditor exam after failing to pay over $500,000 a Michigan jury awarded SPFPA for Breach of Contract. Maritas attempted to avoid the subpoena by lying about his identity, but was served at his home. Maritas failed to show to the scheduled creditor exam and may ultimately face arrest. We will keep Federation LEOS members updated as

**future facts become**

**available.**

# A JURY VERDICT
# STATES MARITAS MUST PAY
# $500,241.40

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND
BUSINESS COURT

INTERNATIONAL UNION, SECURITY, POLICE
& FIRE PROFESSIONALS OF AMERICA (SPFPA),

    Plaintiff,

v.                                                          Case No. 19-173125-CB

STEVEN ANGELO MARITAS,                    Hon. Martha D. Anderson

    Defendant.

_____/

**JUDGMENT**

This matter, having come before the Court and the Jury relative to the issue of damages (only) having been tried on November 22, 2021 and November 23, 2021, and the Jury having rendered its Verdict on November 23, 2021, Judgment is hereby entered as follows:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff International Union, Security, Police & Fire Professionals of America (SPFPA) and against Defendant Steven Angelo Maritas in the amount of $500,241.40 as follows:

- Breach of contract damages: $73,728.00
- Attorney fees: $391,204.50
- Costs: $23,584.49
- Prejudgment interest: $11,724.41

**IT IS SO ORDERED.**

**This Order resolves the last pending claim and closes the case.**

/s/ Martha Anderson
November 24, 2021
HON. MARTHA D. ANDERSON
CIRCUIT COURT JUDGE

Dated: 11/24/2021

On November 23, 2021, an Oakland County Circuit Court jury awarded SPFPA $500,241.40 from LEOSU Representative Steve Maritas. The SPFPA sued Maritas after he failed to honor three separate written agreements with respect to his improper use of SPFPA property following his discharge from employment.

The Court ruled Maritas violated his contractual obligations and the jury award the SPFPA the full amount of damages proved at trial. A Federal jury trial against Maritas/LEOSU on his defaming the SPFPA and its President David L. Hickey is anticipated to go to trial later this year. An even larger damages amount against Maritas and

**his Union is expected from the that jury.**

# IF YOU'RE STUCK IN A MARITAS UNION AND YOU WANT OUT?

## *WE CAN HELP! CALL THE SPFPA AT 800-228-7492*

# EYE ON UNITED FEDERATION LEOS (UFLEOS)

# TAKE A CLOSER LOOK AT THIS TROUBLED ORGANIZATION

*July 5, 2022*

# EXCALIBUR OFFICERS SEEK TO JOIN OUR SPFPA PRIDE



The list continues to grow of units seeking their freedom from the troubled organization known as the United Federation Leos. The latest unit ready to leave are the Excalibur Officers

working at the National Institute of Standards and Technology (NIST) in Boulder Colorado.

*"Obviously the United Federation Leos just don't get it. How many NLRB elections do you have to lose to realize that your own members have had enough of your lack of service & support?" – SPFPA National Organizing Director, Dwayne Phillips*

We look forward to welcoming

our future members to our

SPFPA Pride!

# A PICTURE IS WORTH 1,000 WORDS!

*Maritas' concerned look says it all!*



**The United Federation Leos Executive Director/Organizer Steve Maritas attended an official court deposition dressed in a jogging suit and blue**

bandana representing the Federation and its membership in a Federal defamation lawsuit against them.

Maritas and his unions continue to lose members by the hundreds!  Today (7/5/22), SPFPA filed for yet another Maritas/Federation unit, the National Institute of Standards and Technology (NIST) in Boulder, CO.  These hardworking Officers want out of Maritas' troubled organization.

We look forward to welcoming these new members to our SPFPA Pride.

# HERE ARE THE REASONS YOU SHOULD NOT JOIN UFLEOS

# Here's what PSO Darryl Hill says about the UFLEOS.

Officers Speak Out!



Dear Fellow PSO's,

My name is Darryl Hill. I served as the Local Union's President from 2017 to 2021. I work for Paragon Systems Inc, from 2008 to the present. My current work site is at the Federal facilities in Los Angeles.

In December of 2020, we left our former Union SPFPA and joined Maritas' United Federation LEOS. Maritas promised us the world. He promised us: A 50/50 split of the union dues, establish a new Nation Union, appoint key named people to the National, better representation, receive dues straight from the company, provide local leadership training and shop steward training, provide a Local union website, always on hand to answers calls and grievances in a timely manner, full-time representative, (happened 2 yrs. later) and establish a National Office in the Los Angeles area. *For the record, Maritas kept only one (1) of those promises, and that was after my Local filed to not pay dues.*

Due to his failures in our Local, we filed a deauthorization petition to <u>STOP THE DUES</u>. I've also heard, over 300 New York Paragon Officers have also filed to stop the dues, and San Diego is currently working to do the same. Maritas and his Unions have failed the members, and Officers by the hundreds are looking to rid themselves of anything to do with him.

Fellow PSO's, trust me!!! You don't want to make the same mistakes we made. Every other legitimate Security Union in the Country is better than being stuck in a Maritas union.

Again, fellow PSO's, I just don't want to see anyone else make the same costly mistakes we made. Stay away from Maritas, his lies and his fake promises. Once he locks you in by your vote, you will have little to no representation from him and no service.

This is not just my opinion. See what other Offices have also said, warning same against Maritas' union. I certainly wished somebody warned me before I became mislead. It's going to take us years to get back into a Union that represents and services its members. He needs to be held accountable for not being truthful and the lack of keeping his word. DO NOT VOTE FOR MARITAS' UNION!

LINK: www.spfpa.org/info

Darryl Hill
PSO Paragon, Los Angeles



## UFLEOS members report that with a Maritas Union you get.

- ## NO SERVICE!

- ## NO GRIEVANCE SUPPORT!

- ## NO REPRESENTATION!

- ## FORCED CONTRACT EXTENSIONS!

- ## MISSED NEGOTIATIONS!

- # NO INFORMATION!

## THE OFFICIAL PETITION WAS FILED ON JUNE 10, 2022

# 150 CHENEGA OFFICERS ARE JOINING SPFPA AND LEAVING THE TROUBLED UNITED FEDERATION LEOS (UFLEOS)



A group of 150 Chenega Infinity Security Professionals working at the TSA Headquarters in

Springfield, Virginia, along with other nearby facilities, showed majority support for SPFPA to file an RC petition with the NLRB on Friday, June 10th. Their current union is gaining the reputation of failing its members with their "missing in action" approach to service and support.

SPFPA is ready to go to work for these Security Professionals who will

soon have the
opportunity to leave
behind the failing
federation and join the
SPFPA Pride.

IT'S OFFICIAL!

# OVER FIVE HUNDRED MSA K-9 HANDLERS FROM AROUND THE COUNTRY VOTE TO JOIN THE SPFPA K-9 FAMILY.





**SPFPA WINS IN NEW YORK!** Team SPFPA worked with the MSA New York K–9 Handlers to claim an 88 to 20 victory over the Maritas created MSA K–9 Handlers Union. The Handlers voted for fact over fiction and decided to move forward with the only real Security Police union representing K–9 Handlers. Continuing on the winning track, the National Capital Region (NCR) K–9 Handlers VOTED YES SPFPA.

NEWS UPDATE!

MSA K–9 Handlers from around the country continued this week to vote YES for SPFPA. Handlers working in

the West Region, Midwest Region, and the Southeast Region stood in solidarity with their fellow handlers in the New York Region and the National Capital Region (NCR) to join our Family Pride.

We are proud to welcome all our new Brothers and Sisters and look forward to working together at the bargaining table and beyond.

## MSA K-9 Teams from around the country overwhelmingly REJECTED the Maritas created MSA K-9 Handlers Union,

**who only received a total of 38 votes in 5 elections!**

# THESE UNITS RECENTLY LEFT THE FEDERATION LEOS TO JOIN OUR SPFPA FAMILY!







## Federal Law Enforcement Training Center

## The Gaylord Resort and Convention Center

LEOSU loses another unit to SPFPA. 112 Marriott Hotel Services Officers @ The Gaylord Resort and Convention Center voted unanimously to leave the troubled LEOSU after its leadership failed to negotiate a new contract, trapping them into a no gain extension. SPFPA used all our resources and won the Officers the right to vote, and join our SPFPA family.

The FLETC Officers stated that LEOSU failed to provide the service and communication it had promised them. They contacted SPFPA, and with majority support, SPFPA filed a petition with the NLRB on their behalf. LEOSU/Maritas delayed the process by giving the NLRB false information about a new contract. However, when he failed to produce the "new" contract, the election moved forward. LEOSU/Maritas disclaimed interest in the FLETC Officers at the last minute, knowing he had lost all support. SPFPA won the election and welcomed the FLETC Officers to our SPFPA PRIDE.

## The National Protection and Programs Directorate (*NPPD*)

This unit of Hana Industries Security Police Professionals got locked into a one year extension by the LEOSU/Federation after they failed to negotiate a new contract. When it was time, the Officers contact the SPFPA who filed a NLRB petition on their behalf, and come election day… Voted to leave the LEOSU/Federation. Welcome to our SPFPA Family.

*Chenega PSOs at the Federal Law Enforcement Training Center (FLETC) celebrate after they voted to leave LEOSU and join SPFPA. Welcome to our SPFPA family.*

# HANA OFFICERS AT THE FEDERAL TRADE COMMISSION FACILITY IN DC VOTED TO LEAVE AN AFFILIATE OF THE FEDERATION AND JOIN SPFPA

A unit of Hana Industries Security Police Professionals were tired of the lack of service by their small union, USPOA an affiliate of the Federation. The Officers reached out to SPFPA, who took immediate action to



The HANA PSOs at the Federal Trade Commission voted to rid themselves of a Federation Leos affiliate and join our SPFPA family.

ese hard working Security Police Professionals. The Officers were quick to fill out SPFPA online interest card forms and a petition was filed with the NLRB. The USPOA didn't even fight for their members they just disclaimed interest an walked away.

# UNITED FEDERATION LEOS TRIED TO STEAL OUR NIH MEMBERS...BUT FAILED!

## BARGAINING TABLE SUCCESS

*WORKING WITH THE SPFPA NEGOTIATORS AND THE UNITS ELECTED BARGAINING COMMITTEE, OUR NIH MEMBERS WON A 16.7% WAGE INCREASE OVER THE NEXT 24 MONTHS. IN ADDITION, BENEFITS LEVELS WERE INCREASED, ALONG WITH IMPROVED WORKING CONDITIONS. SPFPA STRONG!*

SPFPA Local 464, 465 and 466 Leadership and Members fended off attacks from United Federation, and its troubled affiliate Leos–PBA. They stood SPFPA STRONG, and were not misled by the Federation, whose only interest in the group was to line their pockets. Once the

Federation knew there was no chance for a victory, they didn't have a representative present for the count.



## NIH OFFICERS CELEBRATE THEIR VICTORY!

# SPFPA PREVAILS IN LAWSUIT AGAINST LEOSU/UNITED FEDERATION EXECUTIVE DIRECTOR STEVE MARITAS -

On November 23, 2021, an Oakland County Circuit Court jury awarded SPFPA $500,241.40 from LEOSU Representative Steve Maritas. The



STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND
BUSINESS COURT

INTERNATIONAL UNION, SECURITY, POLICE
& FIRE PROFESSIONALS OF AMERICA (SPFPA),

    Plaintiff,

v.                          Case No. 19-173125-CB

                             Hon. Martha D. Anderson

STEVEN ANGELO MARITAS,

    Defendant.

_____/

**JUDGMENT**

    This matter, having come before the Court and the Jury relative to the issue of damages (only) having been tried on November 22, 2021 and November 23, 2021, and the Jury having rendered its Verdict on November 23, 2021, Judgment is hereby entered as follows:

    **IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff International Union, Security, Police & Fire Professionals of America (SPFPA) and against Defendant Steven Angelo Maritas in the amount of $500,241.40 as follows:

- Breach of contract damages: $73,728.00
- Attorney fees: $391,204.50
- Costs: $23,584.49
- Prejudgment interest: $11,724.41

IT IS SO ORDERED.

This Order resolves the last pending claim and closes the case.

                    /s/ Martha Anderson
                    November 24, 2021
                    HON. MARTHA D. ANDERSON
                    CIRCUIT COURT JUDGE

Dated: _11/24/2021_ .

SPFPA sued Maritas after he failed to honor three separate written agreements with respect to his improper use of SPFPA property following his discharge from employment. The Court ruled Maritas violated his contractual obligations and the jury award the SPFPA the full amount of damages proved at trial. A Federal jury trial against Maritas/LEOSU on his defaming the SPFPA and its President David L. Hickey is anticipated to go to trial later this year. An even larger damages amount against Maritas and his

# Union is expected from the that jury.

### *A jury verdict states Maritas must pay $500,241.40*

LEOSU –United Federation LEOS–PBA members from coast to coast have filed Deauthorization Petitions with the National Labor Relations Board (NLRB) to STOP paying DUES and supporting the TROUBLED Federation.

*New York City Paragon Officers*

## SET TO VOTE TO STOP PAYING LEOSU, LEOS-PBA

*Los Angeles Paragon Officers*

## SET TO VOTE TO STOP PAYING LEOSU, LEOS-PBA

Page 1 / 1    —   --    Zoom 100%

Page 1 / 1    —   --    Zoom 100%



## Left Form

1. PURPOSE OF THIS PETITION - UD-DEAUTHORIZATION OF UNION SHOP AUTHORITY (REMOVAL OF OBLIGATION TO PAY DUES) - Thirty percent (30%) or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire to rescind the authority of such labor organization to require, under such agreement, that employees make certain lawful payments to that labor organization in order to retain their jobs. The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

2a. Name of Employer: **Paragon Systems Inc**

2b. Address(es) of Establishment(s) involved (Street and number, city, state, ...): **3900 Lincoln Park Drive, Hern...**

3a. Employer Representative - Name and Title: **Les Kaciban - President**

3b. Address (if same as 2b - state same)

3c. Tel. No.: **202-274-5582**    3d. Cell No.    3e. Fax No.    3f. E-Mail Address: **lkaciban@parasy...**

4. Type of Establishment (Factory, mine, wholesaler, etc.): **Security**    4b. Principal product or service: **Security**

5a. Description of Unit involved
Included: **Protective Security Officers**
Excluded:

6. Number of Employees in Unit: **307**

6b. Do a substantial number (30% or more) of the employees in the unit desire to rescind the authority of the labor organization to require, under an agreement, that employees make certain lawful payments to that labor organization in order to retain their jobs?

7a. Name of Recognized or Certified Bargaining Agent (if none, so state): **Law EnforcementSecurity Unions**    7b. Address

7c. Tel. No.: **202-486-8558**    7d. Cell No.    7e. Fax No.    7f. E-Mail Address: **leosunions@gmail.co...**
7g. Affiliation:

8. Date of Recognition or Certification: **8/26/2020**

9. Execution & Expiration Dates of Current or Most Recent Contract, if any (Month, Day, Year)

10. Is there now a strike or picketing at the Employer's establishment(s) involved? **NO**   If so, approximately how many employees are participating?
(Name of labor organization) _____ , has picketed the Employee since (Month, Day, Year)

11. Organizations or individuals and those named in items 7 and 10, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in the unit described in item 5 above. (If none, so state)

| 11a. Name | 11b. Address | 11c. Tel. No. | 11d. Cell No. |
|---|---|---|---|
| | | 11e. Fax No. | 11f. E-Mail |

12. Election Details: If the NLRB conducts an election in this matter, state your position with respect to any such election.    12a. Election Type: ☐ Manual ☐ Mail
12b. Election Date(s):    12c. Election Time(s):    12d. Election Location(s):

13. Full Name of Petitioner (including local name and number if applicable):    13a. Address (Street and number, city, state, ZIP code):
13b. Full name of national or international labor organization of which Petitioner is an affiliate or constituent (if none, so state)

13c. Tel. No.    13d. Cell No.    13e. Fax No.    13f. E-Mail Address

14. Representative of the Petitioner who will accept service of all papers for purposes of the representation proceeding.
14a. Name and Title    14b. Address (Street and number, city, state, ZIP code)
14c. Tel. No.    14d. Cell No.    14e. Fax No.    14f. E-Mail Address

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.
Name (Print)    Signature    Title

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)
PRIVACY ACT STATEMENT

## Right Form

INSTRUCTIONS: Unless e-Filed using the Agency's website, submit an original of this Petition to an NLRB Office in the Region in which the employer concerned is located. The petition must be accompanied by a showing of interest (see 6c below). When filed with the NLRB, the petition should not be accompanied by a showing of interest in that it should not be served on any party.

1. PURPOSE OF THIS PETITION - UD-DEAUTHORIZATION OF UNION SHOP AUTHORITY (REMOVAL OF OBLIGATION TO PAY DUES) - Thirty percent or more of employees in a bargaining unit covered by an agreement between their employer and a labor organization desire to rescind the authority of such labor organization to require, under such agreement, that employees make certain lawful payments to that labor organization in order to retain their jobs. The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

2a. Name of Employer: **Paragon Systems Inc**

2b. Address(es) of Establishment(s) involved (Street and number, city, state, ZIP code): **750 Terrado Plaza, Suite 103 Covina CA 97123**

3a. Employer Representative - Name and Title: **Manuel Arriaga - Program Manager**

3b. Address (if same as 2b - state same): **Same**

3c. Tel. No.: **626-966-5544**    3d. Cell No.: **323-532-4219**    3e. Fax No.: **626-966-2186**    3f. E-Mail Address: **Marriaga@parasys.com**

4a. Type of Establishment (Factory, mine, wholesaler, etc.): **Contract Security**    4b. Principal product or service: **Security**

5a. Description of Unit involved
Included: **LEOSU-CA Local 1**
Excluded: **LEOSU-CA San Diego**

6. Number of Employees in Unit: **362**

6b. Do a substantial number (30% or more) of the employees in the unit desire to rescind the authority of the labor organization to require, under an agreement, that employees make certain lawful payments to that labor organization in order to retain their jobs?

7a. Name of Recognized or Certified Bargaining Agent (if none, so state): **Steve Maritas and Charles Strebeck**    7b. Address: **ARCO Tower 1055 West 7th Street Los Angeles CA 900...**

7c. Tel. No.: **213-205-1855**    7d. Cell No.: **202-486-8558**    7e. Fax No.: **202-595-3510**    7f. E-Mail Address: **Steve@leosuca.org**
7g. Affiliation: **The United Federation LEOS-PBA - Law Enforcement Officer Security & Police Benevolent Association - LEOSU-C...**

8. Date of Recognition or Certification: **December 4, 2020**    9. Execution & Expiration Dates of Current or Most Recent Contract, if any (Month, Day, Year): **December 13, 2020 - August 31, 2021**

10. Is there now a strike or picketing at the Employer's establishment(s) involved? **No**   If so, approximately how many employees are participating?
(Name of labor organization) **N/A** _____ , has picketed the Employee since (Month, Day, Year)

11. Organizations or individuals and those named in items 7 and 10, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in the unit described in item 5 above. (If none, so state)
**LEOSU-CA Steve Maritas and The United Federation LEOS-PBA Charles Strebeck**

| 11a. Name | 11b. Address | 11c. Tel. No. | 11d. Cell No. |
|---|---|---|---|
| Steven Maritas | ARCO Tower 1055 West 7th Street Los Angeles CA 90017 | 213-205-1855 | 202-486-855... |
| | | 11e. Fax No. 202-595-3510 | 11f. E-Mail Steve@leosu... |

12. Election Details: If the NLRB conducts an election in this matter, state your position with respect to any such election.    12a. Election Type: ☐ Manual ☒ Mail
**We wish to separate from this bargaining unit.**
12b. Election Date(s): **OPEN/ASAP**    12c. Election Time(s): **OPEN**    12d. Election Location(s): **OPEN**

13. Full Name of Petitioner (including local name and number if applicable):
13b. Full name of national or international labor organization of which Petitioner is an affiliate or constituent (if none, so state): **The United Federation LEOS-PBA-Law Enforcement Officer Security & Police Benevolent Association-LEOSU-CA-...**

13c. Tel. No.: **213-205-1855**    13d. Cell No.: **202-486-8558**    13e. Fax No.: **202-595-3510**    13f. E-Mail Address: **Steve@leosuca.org**

14. Representative of the Petitioner who will accept service of all papers for purposes of the representation proceeding.
14a. Name and Title    14b. Address (Street and number, city, state, ZIP code)
14c. Tel. No.    14d. Cell No.    14e. Fax No.    14f. E-Mail Address

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.
Name (Print)    Signature     Title: **Member**

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)
PRIVACY ACT STATEMENT

# Leosu/Maritas guilty of objectionable conduct

## NLRB rules against troubled LEOSU/Federation

On Friday 2/11/22 The NLRB affirmed the Regional Director's decision requiring a rerun deauthorization election, attached. The Board ruled that the Regional Director's reasoning was correct. This was the troubled Leosu's final appeal, opening the door for over 400 Los Angeles Paragon Officers to stop paying dues.



Page 1 / 2    —    -- Zoom 100%

UNITED STATES OF AMERICA

BEFORE THE NATIONAL LABOR RELATIONS BOARD

PARAGON SYSTEMS

    Employer

and                                                        Case 21-UD-279539

▮▮▮▮▮▮▮, AN INDIVIDUAL

    Petitioner

and

LAW ENFORCEMENT OFFICERS SECURITY

UNIONS LEOSU-CA, LEOS-PBA

    Union

ORDER

The Union's Request for Review of the Regional Director's Decision to Adopt the

Hearing Officer's Recommendations is denied as it raises no substantial issues wa

review.1

_____

1

In denying review, we agree with the Regional Director that the email sent by the

Union's organizing director to voters in the deauthorization election was objectic

Specifically, the email at issue stated: **"IF YOU SHOULD RECEIVE A NLRB BALLOT**

**THE MAIL PLEASE DISREGARD IT SINCE THIS HAS NOTHING TO DO WITH THE**

**RATIFICATION VOTE! - RATIFICATION WILL BE DONE BY ONLINE VOTING."**

We agree with the Regional Director that the email "was not an attempt to enco

vote a certain way, as is the purpose of typical election campaign propaganda, bu

The troubled United Federation, Leos–PBA aka LEOSU tried to confuse their own members when they decided to vote to stop paying dues. Emailing them this message:

*The email at issue stated:* "IF YOU SHOULD RECEIVE A NLRB BALLOT IN THE MAIL PLEASE DISREGARD IT SINCE THIS HAS NOTHING TO DO WITH THE RATIFICATION VOTE! RATIFICATION WILL BE DONE BY ONLINE VOTING."

See the Official Government document posted to the right of this message.



the opposite of propaganda – a seemingly honest clarification and a directive fro
leaders

Page 1 / 2    —    --    Zoom 100%

Now it's time for something positive **CLICK HERE** to visit the SPFPA website

© 2021 – SPFPA.ORG

FOSDOG WEB SERVICES

**08**
**SEP**

# MARITAS FAILS AGAIN!

🕐 SEPTEMBER 8, 2022



**Hello, my name is Tara Maritas. I got married 9/25/2021. My husband was a very generous and with a charming personality.**

was lonely after his death. Steve was Charming. I really believed every word he said, he promised that he would be a dedicated husband.

Steve Maritas left out several important facts. The man owns nothing. He needed my home and prides himself on having no assets. He owns his own business Leos PBA. He is the executive director, the voice and the head of his Union. He has a very good income and convinced me to give up a job. He also removed my passive income and evicted a tenant. This caused serious problems with Brookhaven town and my fines are high.

When we started living together he got a bit controlling. This lead to a order of protection and then an crime of assault 2nd degree. I later on found out that he served 6 months in jail for abusing his 2nd wife.

This man is a dishonest person who left me with approximately 17 thousand in debt. We have approximately 5 thousand alone in home repairs due to his evictions. The tenants destroyed a bathroom and left us with roaches.

from his old bosses Union. He brags that he owns nothing and nobody will ever see a dime. The marriage started failing after he started working 12 hour days from his home office. He ignored me and screamed if I spoke. This escalated into violence and then I discovered a handgun.

He of course will not send any money. Left me broke. I have large expenses coming up. I have no address for him since he is on the run. Divorcing him is difficult not only financially but we can not locate him.

This situation is something out of a movie. I was a lonely woman needing love after losing her son. He played the perfect man until we started living together. I hate to say it but he is a con man who took advantage of the void in my life after the death of my son.

I am raising these funds to pay my house taxes, town fees, exterminator for the roaches.

Down payment for my lawyer.

I worked three jobs before Steve just to make ends meet. I need to get back to working without his

very good friends with him. He refused to give me an address or send him the order of protection in e-mailed to him.

Because of the nature of his job he can go anyplace on union funds. This makes locating him impossible. He literally vanished since 8/20/2022

Thank you

Tara Maritas

← PREV

## Related Posts



SEPTEMBER 6, 2022

MARITAS' TROUBLES CONTINUE –



SEPTEMBER 1, 2022



SEPTEMBER 1, 2022

ANOTHER "BOGUS"

the run
again?????

GOVERNMENT
DOCUMENTS
EXPOSE THE
TRUTH
ABOUT
MARITAS'
UNION
CLOWN
CIRCUS!

MARITAS/UFL
EOS PROVES
FALSE!

## LEAVE A REPLY

Comment*

Name*

Email*

Website

☐ Save my name, email, and website in
this browser for the next time I
comment.

POST COMMENT

Q

## 03
### OCT

# Did Maritas get fired from another Union?

🕐 OCTOBER 3, 2022



*Where's Maritas?*

## Where's Maritas?

**His picture is no longer found among the appointed UFLEOS executive board members on the UFLEOS website. It's known that Maritas has been fired from numerous unions in the past. IS THIS WHAT HAPPEN HERE?**

trying to dig the union out of the mess that Maritas has caused? Is he cutting off the dead weight and trying to polish the tarnished image of the UFLEOS?

We do know that numerous UFLEOS members are leaving as soon as their contracts are in the open period. SPFPA has been there to help those members and will help all Officers looking to escape the Failing Maritas union.

← PREV

NEXT →

## Related Posts









OCTOBER 10, 2022
## PATHETIC!

OCTOBER 6, 2022
## TEARS OF A CLOWN 2

OCTOBER 3, 2022
## Another UD Petition Filed against the UFLEOS

Q

## 29
### SEP

# BREAKING NEWS!

🕐 SEPTEMBER 29, 2022

After LEOSU Director Steve Maritas admitted to destroying relevant evidence in the SPFPA's defamation lawsuit against Defendants LEOSU and Maritas, the SPFPA brought this improper behavior to the attention of the Federal Court.  On September 22, 2022 the Federal Court's Discovery Master found that LEOSU and Maritas "deleted relevant [evidence] during this lawsuit," that evidence "has been lost because they failed to take reasonable steps to preserve it," and recommends a Court order of "an expert computer forensic examination of Defendants' Electronic Devices…."  In the federal court's report issued on September 22, 2022 it outright rejects LEOSU's and Maritas' unbelievable and frivolous claim that the destroyed evidence was not relevant, as "it strains credulity to say none of the emails or text messages Defendants deleted during this litigation were relevant."

The forensic exam will focus on and determine the "timing, manner, extent, and nature of Defendants' deletions of" evidence.  After the forensic examination is completed, and the

report identifies when and how often Maritas and the LEOSU improperly destroyed the evidence, the federal court will then determine the appropriate remedy, which may include "default judgment" and "monetary sanctions" against LEOSU and Maritas.

Remember, the last time the SPFPA received a "monetary" judgment against Maritas, it was for more than $500,000. This time we are predicted to get a judgment for substantially more. And now that Maritas' improper actions have drawn the LEOSU into his mess, the LEOSU is a Defendant subject to the judgment. LEOSU members should be questioning why so much of their hard-earned dues contributions will be paid to the SPFPA to satisfy this next judgment, and only because Maritas lacks the ability to control himself. It has long been predicted that the feds will eventually catch up to Maritas, and that time is here.

We are not making this up. Read it for yourself, see the full Report below.

---

Page 1 / 24    —    Zoom 100%

Case 2:19-cv-10743-SJM-RSW    ECF No. 61, PageID.231

UNITED STATES DISTRICT C
FOR THE EASTERN DISTRICT OF
SOUTHERN DIVISION

INTERNATIONAL UNIONS,
SECURITY POLICE AND FIRE
PROFESSIONALS OF AMERICA

Case No

PROFESSIONALS OF AMERICA
(SPFPA), an International Union, and
DAVID L. HICKEY, the International
President of the Security Police and Fire
Professionals of America,

    Plaintiffs,

v.

STEVE MARITAS, an individual,
CALVIN WELLS, an individual, and
LAW ENFORCEMENT OFFICERS
SECURITY UNION, an unincorporated
union,

    Defendants.

Hon. Ste
Magistra

---

### REPORT AND RECOMMENDATION OF DI
### RE: PLAINTIFFS' MOTION FOR DEFAU
### ALTERNATIVE SPOLIATION SANCTI

This is a defamation and tortious interference ca

Unions, Security Police and Fire Professionals of

international union which represents security, police, a

International President, David L. Hickey (together, "

rival union, Law Enforcement Officers Security Union

Page 1 / 24          —    --    Zoom 100%

← **PREV**                                                    **NEXT** →

## Related Posts



OCTOBER 10, 2022

**PATHETIC!**



OCTOBER 6, 2022

**TEARS OF A CLOWN 2**



OCTOBER 3, 2022

**Did Maritas get fired from another Union?**

## LEAVE A REPLY

**Comment***

**Name***

**Email***

**Website**

☐ Save my name, email, and website in this browser for the next time I comment.

POST COMMENT

🔍

**06**
**SEP**

# MARITAS' TROUBLES CONTINUE – Is Maritas on the run again?????

🕐 SEPTEMBER 6, 2022

## MARITAS' TROUBLES CONTINUE IS MARITAS ON THE RUN AGAIN?????



New information has reached us that yet another Court has issued a protective order against Steve Maritas, ordering him not to assault or stalk his current wife.  It

appears that Maritas also has been ordered to surrender all guns he owns or possesses. Latest word suggests Maritas fled the jurisdiction in a futile attempt to avoid being served official paperwork concerning these allegations.

Anyone who follows Maritas knows that he previously pled guilty and served over six months in a San Diego prison for stalking his ex-wife and a warrant was issued when he refused to pay court-ordered child support.

What is Maritas afraid of now?  Is he afraid he won't be able to escape the consequences of what he has done?

# We will keep you advised as more information becomes available.

← **PREV**

**NEXT** →

## Related Posts



**OCTOBER 10, 2022**

**PATHETIC!**



**OCTOBER 6, 2022**

**TEARS OF A CLOWN 2**



**OCTOBER 3, 2022**

**Did Maritas get fired from another Union?**

# EYES ON THE UNITED FEDERATION LAW ENFORCEMENT OFFICERS SECURITY (UFLEOS)

# UFLEOS/MARITAS PROBLEMS CONTINUE TO GROW!

## (Troubled Union Under New Investigation)



# Maritas' virtual background and a pair of glasses can't change an already tarnished image

## UFLEOS ATTORNEY JOHN AXELROD (BEINS, AXELROD & KEATING) WASHINGTON D.C. ADMITS UFLEOS EXECUTIVE DIRECTOR, MARITAS SIGNED A "FLAWED AGREEMENT" WITHOUT PROOF READING IT (SEE OFFICIAL DOCUMENT BELOW)



Excalibur representatives met with LEOSU Executive Director Steve Maritas to discuss the transition.  Excalibur orally agreed to assume the LEOSU-Whitestone agreement. Excalibur President Ed McDonald then instructed his staff to send an adoption agreement to Mr. Maritas for signature.  Unfortunately, the written agreement submitted by Excalibur and signed by both Mr. Maritas and Excalibur was flawed.  Both parties signed the agreement without proofreading it.



**CLICK HERE TO VIEW THE ENTIRE OFFICIAL DOCUMENT**

# MARITAS FAILS THE EXCALIBUR OFFICERS AT THE NIST!



**In a remarkable admission, the United Federation LEOS-PBA argued to the NLRB that a**



collective bargaining agreement Steve Maritas signed for the LEOSU should be ignored because Maritas did not read it before he signed it!  In a filing with NLRB Region 27 earlier this week, the LEOSU's attorney stated officially on the record that the "flawed" agreement should be ignored because it is full of "mistakes" caused because Maritas "signed the agreement without proofreading it." Are you kidding?

Apparently Maritas was too busy partying to bother reading this contract he signed that controls the rights of LEOSU members for years. No wonder why LEOSU



members are fleeing Maritas at record rates.

Before you choose a Maritas union, or if you're looking to leave his unions, contact (800)228-7492, or visit spfpa.org.

# HERE ARE A FEW MORE REASONS YOU SHOULD NOT JOIN UNITED FEDERATION LEOS (UFLEOS)

Officers Speak Out!



# "Quotes" from past and present UFLEOS members about Steve Maritas

**"When we have grievances, we don't hear from him, we fight our own fight."**

**"He said he was going to call... but he never called."**

**"I know a slick talker when I see one or hear one, and this guy talks the talk."**

**"A date was set for negotiations, but he never showed up for that date."**

**"You will be left for dead by Steve... that's been our experience with Steve."**

**"Any other Security Union is better than Maritas' Union!"**

**"Don't make the same mistake we made, don't vote for UFLEOS and Maritas."**

# MSA K-9 HANDLERS ARE DEMANDING THE TRUTH!



8/2/22, 6:00 PM   Case 2:22-cv-12501-DPH-JJCG   ECF No. 1, PageID.119   Filed 10/18/22   Page 119 of 132





**OFFICIAL DOCUMENTS REVEAL, and MSA K-9 Handlers have learned that Maritas signed off on an unfair settlement that paid his union and his attorney tens of thousands of dollars.**

https://eyesonufleos.org

10/20

MSA K-9 Handlers from around the country, are filing complaints with the Department of Labor (DOL) and the National Labor Relations Board (NLRB) demanding a full investigation into Maritas, his troubled unions and transparency into the settlement Maritas agreed to... MSA K-9 Handlers speak out!

# MSA K-9 HANDLERS ARE DEMANDING THE TRUTH!



## MARITAS UNDER PRESSURE!

**Federation LEOS Organizer/Director Steve Maritas was subpoenaed last week for a creditor exam after failing to pay over $500,000 a Michigan jury awarded SPFPA for Breach of Contract. Maritas attempted to avoid the subpoena by lying about his identity, but was served at his home. Maritas failed to show to the scheduled creditor exam and**

may ultimately face arrest. We will keep Federation LEOS members updated as future facts become available.

# "WE WANT THE TRUTH... THE WHOLE TRUTH!"

Eyes on U Fleos





# MSA K-9 TEAMS FROM AROUND THE COUNTRY OVERWHELMINGLY REJECTED THE MARITAS CREATED MSA K-9 HANDLERS UNION, WHO ONLY RECEIVED A TOTAL OF 38 VOTES IN 5 ELECTIONS!

# TROUBLE CONTINUES TO MOUNT FOR MARITAS AND HIS UNIONS.

## COUNTY OF SUFFOLK

OFFICE OF THE SHERIFF
CIVIL ENFORCEMENT SECTION

ERROL D. TOULON, Jr., Ed.D.
SHERIFF

Dovitz Law Offices
336 East Fourth Street Suite 200
Royal Oak, MI 48067

FILE #: 3-22004355
International Union Security Police & Fire Professionals of America ("SPFPA")
vs.
Steven Maritas

The documents sent to this department for service are being returned herewith for the following reason:

___ Service has been affected – enclosed is an Affidavit/Certificate of Service

___ Service has not been affected – enclosed is an Affidavit/Certificate of Non Service.

___ Documents are being returned at your request.

___ Please have papers re-dated allowing 6-8 weeks for service.

___ Subject to be served has moved – unable to make service.

___ Subject to be served has moved – New address is: _____

___ Subject to be served was unknown at the address given.

___ Place of business is no longer at given address.

___ Unable to locate address as given.

___ Suggest serve Secretary of State.

___ Corporate officers are not available for service at this location.

___ Unable to locate the subject to be served.

___ Closed no response to our correspondence dated _____

___ Other: _____

Other attempts to serve defendant:

360 YAPHANK AVE., STE. 1A
YAPHANK, NY 11980

ACCREDITED LAW ENFORCEMENT AGENCY
(631) 852-3600

VISIT US ONLINE AT:
SUFFOLKSHERIFF.COM

---

State of Michigan Court

Index Number – 19-172125-CB

County of State of Michigan

Sheriff File Number – 22004355

| International Union Security Police & Fire Professionals of America ("SPFPA") vs. Steven Maritas | Affidavit of Service Service of Process |

State of New York - County of Suffolk SS:

I, Deputy Sheriff Annie Budecker, Badge # 473 of the Suffolk County Sheriff's Office, being duly sworn, depose and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York. That on 6/15/2022 at 6:00 PM, at 6 Mark Street Port Jeff Sta, NY 11776 deponent served the within Subpoena (Order to Appear and/or Produce), Exhibit A and more instruction on Steven Maritas, the defendant named therein, in the following manner.

**PERSONAL SERVICE**

By delivering to and leaving with Steven Maritas personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

**NON-MILITARY**

At the time of service Steven Maritas was asked if he was in the Military Service of the U.S. Government and Steven Maritas replied no.

**DESCRIPTION**

The person served was approximately: Skin Color: White, Hair Color: Bald/Balding, Gender: Male Height: 5' 8" Weight: 2200 Age: –

**SERVICE ATTEMPTS**

06/14/22-TUES-1839- at given address, s/w a gentleman whom that claimed to not be the deft. and the Mercedes in the driveway with Michigan plates wasn't his. However after further conversation, he revealed himself to me; asking what the service was for, I said not sure, a summons, "oh that's a $200,000 judgment i don't want to deal with". I asked him again if he was Steven, and he laughed said I'd rather not say. He proceeded to tell me that the Mercedes in the driveway was his that he won in the divorce and that he ran Benevolent Funds all over the county. I asked if he was ever in the military, he said –NO. I said well since you won't take this from me, I'm going to leave it here, and dropped it at his feet touching him.

Sworn to before me on 6/15/22

Notary Public
LESLIE ANNE AGATE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AG6411225
Qualified in Suffolk County
My Commission Expires 11-08-2024

Leslie Anne Agate

Annie Budecker
Deputy Sheriff
473
Badge Number



## DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Bald/Balding, Gender: Male Height: 5' 8" Weight: 2200 Age:

## SERVICE ATTEMPTS

06/14/22-TUES -1800- at given address, s/w a gentleman whom that claimed to not be the deft. and the Mercedes in the driveway with Michigan plates wasn't his. However, after further conversation, he revealed himself to me; asking what the service was for, I said not sure, a summons, "oh that's a $500,000 judgment I don't want to deal with". I asked him again if he was Steven, and he laughed said I'd rather not say. He proceeded to tell me that the Mercedes in the driveway was his that he won in the divorce and that he ran Benevolent Funds all over the country. I asked if he was ever in the military, he said "NO. I said well since you won't take this from me, I'm going to leave it here, and dropped it at his feet touching him.

# A JURY VERDICT
# STATES MARITAS MUST PAY
# $500,241.40

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND
BUSINESS COURT

INTERNATIONAL UNION, SECURITY, POLICE
& FIRE PROFESSIONALS OF AMERICA (SPFPA),

Plaintiff,

v.                                        Case No. 19-173125-CB

STEVEN ANGELO MARITAS,                    Hon. Martha D. Anderson

Defendant.
_____/

### JUDGMENT

This matter, having come before the Court and the Jury relative to the issue of damages (only) having been tried on November 22, 2021 and November 23, 2021, and the Jury having rendered its Verdict on November 23, 2021, Judgment is hereby entered as follows:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff International Union, Security, Police & Fire Professionals of America (SPFPA) and against Defendant Steven Angelo Maritas in the amount of $500,241.40 as follows:

- Breach of contract damages: $73,728.00
- Attorney fees: $391,204.50
- Costs: $23,584.49
- Prejudgment interest: $11,724.41

**IT IS SO ORDERED.**

**This Order resolves the last pending claim and closes the case.**

/s/ Martha Anderson
November 24, 2021
HON. MARTHA D. ANDERSON
CIRCUIT COURT JUDGE

Dated: _11/24/2021_

On November 23, 2021, an Oakland County Circuit Court jury awarded SPFPA $500,241.40 from LEOSU Representative Steve Maritas. The SPFPA sued Maritas after he failed to honor three separate written agreements with respect to his improper use of SPFPA property following his discharge from employment.

The Court ruled Maritas violated his contractual obligations and the jury award the SPFPA the full amount of damages proved at trial. A Federal jury trial against Maritas/LEOSU on his defaming the SPFPA and its President David L. Hickey is anticipated to go to trial later this year. An even larger damages amount against Maritas and

**his Union is expected from the that jury.**

# IF YOU'RE STUCK IN A MARITAS UNION AND YOU WANT OUT?

## *WE CAN HELP! CALL THE SPFPA AT 800-228-7492*

# INFORMATION UPDATE

What happened to the LEOSU? The website is down, and its members have been let down! Many of you know, Maritas' defamation campaign against SPFPA was crushed after a jury levied a half-million-dollar judgment against him. The question now is, where will he get the money to pay for it? You and your fellow LEOSU members have a right to know if he has been using or plans to use your dues money to pay his debt.

The number of units leaving or waiting to leave LEOSU grows daily. The membership dues are not being used for that purpose. You, as members, have the right to know how your dues money is spent. You could ask Maritas, but, where is he? You could review his latest DOL LM report, but when will that be posted? The only option left is to call the Department of Labor Washington DC office @ 1-866-487-2365 or email at www.dol.gov. If you are under a LEOSU contract, it's time to plan your escape. SPFPA has already helped several units leave LEOSU behind, and we are working with several more. SPFPA is Here to Help! Call our International office toll-free at 800-228-7492 for details.

You must have posted your question to the wrong post.

The Law Enforcement Officers Security Unions (LEOSU) is a full service labor organization formed to provide every labor related service from negotiations, grievance processing, legal and legislative representation.

 Like

 **David Hickey**
Edited · 3 hours ago

Creator and Exec. Director of this small Union had an arrest warrant for failing to pay child support, he also owes over $100,000 in back federal and state taxes, and he has a Michigan State jury verdict against him for over $500,000. This year he has a multi million dollar federal trial against him and his unions (?) for defamation which he continues to do to this day. This guy is on his way out, and when they finally catch up with him.......the fall will be a hard one! Karma is an amazing thing! No integrity, no honor.....NO WAY!

Like    Reply    12h



**Steven Dickey** Admin

**Sal Mazza** It doesn't really hurt SPFPA in my eyes though.

If anything - it proves that they run their ship how they say they do. A democracy.

The people elect their officials and they are then left to operate their local as they see fit just like any other union.

It isn't SPFPA's fault some criminal piece of trash is stealing the dues money. That's more or less unavoidable at some point when you're as big a union as they are.

Spfpa is who laid the charges on all those people anyway - for embezzlement!

Maritas just thinks people are stupid and can't do the math themselves.

Maritas himself is the criminal! The dude did